(Official Form 1) (12/03) West Group, Rochester, NY

**FORM B1**

# United States Bankruptcy Court
**WESTERN District of VIRGINIA**

## Voluntary Petition

| Debtor | Joint Debtor |
|---|---|
| Name of Debtor (if individual, enter Last, First, Middle): SPENCE, JR., JAMES B. | Name of Joint Debtor (Spouse)(Last, First, Middle): |
| All Other Names used by the Debtor in the last 6 years (include married, maiden, and trade names): aka JAMES BRYANT SPENCE JR<br>aka J.B. SPENCE JR<br>aka JIM SPENCE JR | All Other Names used by the Joint Debtor in the last 6 years (include married, maiden, and trade names): |
| Last four digits of Soc. Sec. No./Complete EIN or other Tax I.D. No. (if more than one, state all): 2489 | Last four digits of Soc. Sec. No./Compete EIN or other Tax I.D. No. (if more than one, state all): |
| Street Address of Debtor (No. & Street, City, State & Zip Code): 1002 LINDEN AVENUE<br>UNIT 204<br>CHARLOTTESVILLE VA 22902 | Street Address of Joint Debtor (No. & Street, City, State & Zip Code): |
| County of Residence or of the Principal Place of Business: City of Charlottesville | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address): SAME | Mailing Address of Joint Debtor (if different from street address): |

Location of Principal Assets of Business Debtor
(If different from street address above): SAME

## Information Regarding the Debtor (Check the Applicable Boxes)

**Venue** (Check any applicable box)

- [x] Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.
- [ ] There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

**Type of Debtor** (Check all boxes that apply)

- [x] Individual(s)
- [ ] Corporation
- [ ] Partnership
- [ ] Other ______
- [ ] Railroad
- [ ] Stockbroker
- [ ] Commodity Broker
- [ ] Clearing Bank

**Chapter or Section of Bankruptcy Code Under Which the Petition is Filed** (Check one box)

- [x] Chapter 7
- [ ] Chapter 11
- [ ] Chapter 13
- [ ] Chapter 9
- [ ] Chapter 12
- [ ] Sec. 304 - Case ancillary to foreign proceeding

**Nature of Debts** (Check one box)

- [ ] Consumer/Non-Business
- [x] Business

**Chapter 11 Small Business** (Check all boxes that apply)

- [ ] Debtor is a small business as defined in 11 U.S.C. § 101
- [ ] Debtor is and elects to be considered a small business under 11 U.S.C. § 1121(e) (Optional)

**Filing Fee** (Check one box)

- [x] Full Filing Fee attached
- [ ] Filing Fee to be paid in installments (Applicable to individuals only) Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form No. 3.

**Statistical/Administrative Information** (Estimates only)

THIS SPACE IS FOR COURT USE ONLY

- [ ] Debtor estimates that funds will be available for distribution to unsecured creditors.
- [x] Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

Estimated Number of Creditors

| 1-15 | 16-49 | 50-99 | 100-199 | 200-999 | 1000-over |
|---|---|---|---|---|---|
| ☐ | ☐ | ☐ | ☒ | ☐ | ☐ |

Estimated Assets

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | More than $100 million |
|---|---|---|---|---|---|---|---|
| ☒ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |

Estimated Debts

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | More than $100 million |
|---|---|---|---|---|---|---|---|
| ☐ | ☐ | ☐ | ☐ | ☐ | ☒ | ☐ | ☐ |

(Official Form 1) (12/03) West Group, Rochester, NY

## Voluntary Petition

*(This page must be completed and filed in every case)*

Name of Debtor(s): **FORM B1, Page 2**

*JAMES B. SPENCE, JR.*

**Prior Bankruptcy Case Filed Within Last 6 Years (If more than one, attach additional sheet)**

| Location Where Filed: | Case Number: | Date Filed: |
|---|---|---|
| *NONE* | | |

**Pending Bankruptcy Case Filed by any Spouse, Partner or Affiliate of this Debtor (If more than one, attach additional sheet)**

| Name of Debtor: | Case Number: | Date Filed: |
|---|---|---|
| *NONE* | | |
| District: | Relationship: | Judge: |

## Signatures

**Signature(s) of Debtor(s) (Individual/Joint)**

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X */s/ JAMES B. SPENCE, JR.*
Signature of Debtor

X ______________________
Signature of Joint Debtor

______________________
Telephone Number (If not represented by attorney)

*12/10/04*
Date

**Signature of Attorney**

X */s/ W. Stephen Scott*
Signature of Attorney for Debtor(s)

*W. Stephen Scott 14301*
Printed Name of Attorney for Debtor(s)

*Scott Kroner, PLC*
Firm Name

*P.O. Box 2737*
Address

*418 East Water Street*

*Charlottesville VA 22902*

*434-296-2161* *12/10/04*
Telephone Number Date

**Signature of Debtor (Corporation/Partnership)**

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X ______________________
Signature of Authorized Individual

______________________
Printed Name of Authorized Individual

______________________
Title of Authorized Individual

______________________
Date

**Exhibit A**

(To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under Chapter 11)

☐ Exhibit A is attached and made a part of this petition

**Exhibit B**

(To be completed if debtor is an individual whose debts are primarily consumer debts)

I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter.

X ______________________ *12/10/04*
Signature of Attorney for Debtor(s) Date

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health and safety?

☐ Yes, and exhibit C is attached and made a part of this petition.
☒ No

**Signature of Non-Attorney Petition Preparer**

I certify that I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110, that I prepared this document for compensation, and that I have provided the debtor with a copy of this document.

______________________
Printed Name of Bankruptcy Petition Preparer

______________________
Social Security Number

______________________
Address

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

X ______________________
Signature of Bankruptcy Petition Preparer

______________________
Date

A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. § 110; 18 U.S.C. § 156.

Rule 2016(b) (8/91) West Group, Rochester, NY

# UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF VIRGINIA
# CHARLOTTESVILLE DIVISION

In re ***JAMES B. SPENCE, JR.***
***aka JAMES BRYANT SPENCE JR***
***aka J.B. SPENCE JR***
***aka JIM SPENCE JR***

/ Debtor

Case No.
Chapter ***7***

Attorney for Debtor: ***W. Stephen Scott***

## STATEMENT PURSUANT TO RULE 2016(B)

The undersigned, pursuant to Rule 2016(b), Bankruptcy Rules, states that:

1. The undersigned is the attorney for the debtor(s) in this case.

2. The compensation paid or agreed to be paid by the debtor(s), to the undersigned is:
   a) For legal services rendered or to be rendered in contemplation of and in connection with this case . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $ ***2,500.00***
   b) Prior to the filing of this statement, debtor(s) have paid . . . . . . . . . . . . . . . $ ***2,500.00***
   c) The unpaid balance due and payable is . . . . . . . . . . . . . . . . . . . . . . . . . . . $ ***0.00***

3. $ ***209.00*** of the filing fee in this case has been paid.

4. The Services rendered or to be rendered include the following:
   a) Analysis of the financial situation, and rendering advice and assistance to the debtor(s) in determining whether to file a petition under title 11 of the United States Code.
   b) Preparation and filing of the petition, schedules, statement of financial affairs and other documents required by the court.
   c) Representation of the debtor(s) at the meeting of creditors.

5. The source of payments made by the debtor(s) to the undersigned was from earnings, wages and compensation for services performed, and
   ***Loan from Church Hill Development, LLC***

6. The source of payments to be made by the debtor(s) to the undersigned for the unpaid balance remaining, if any, will be from earnings, wages and compensation for services performed, and
   ***Not applicable***

7. The undersigned has received no transfer, assignment or pledge of property from debtor(s) except the following for the value stated:
   ***None***

8. The undersigned has not shared or agreed to share with any other entity, other than with members of undersigned's law firm, any compensation paid or to be paid except as follows:
   ***None***

Dated: ***12/10/04***

Respectfully submitted,

X ***/s/ W. Stephen Scott***

Attorney for Petitioner: ***W. Stephen Scott***
***Scott Kroner, PLC***
***P.O. Box 2737***
***418 East Water Street***
***Charlottesville VA 22902***

JAMES B. SPENCE, JR.

A M NICHOLS
P O BOX 143
MARYSVILLE CA 95901

A SHIFFLETT HARDWOOD FLOORS
1138 LOCUST AVE
CHARLOTTESVILLE VA 22901

ALBEMARLE FIRST BANK
P O BOX 7704
CHARLOTTESVILLE VA 22906

ALLTEL
P O BOX 96019
CHARLOTTE NC 28296

AQUA VA
P O BOX 6906
RICHMOND VA 28230

BANK OF AMERICA
P O BOX 5270
CAROL STREAM IL 60197

BB&T INSURANCE
P O BOX 31128
RALEIGH NC 27622

BENITZ FERNANDO
24 TUSCARORA
PALMYRA VA 22963

BERGSTRESSER KARL & LORRAINE
38 PONDEROSA
PALMYRA VA 22963

BERRY MITCHELL & SHERRI
2 BERNARDSBURY
PALMYRA VA 22963

BETTER LIVING INC
P O BOX 7627
CHARLOTTESVILLE VA 22906

JAMES B. SPENCE, JR.

BFI WASTE SERVICES
P O  BOX 830130
BALTIMORE  MD  21283

BRILL EXCAVATION
395 RED BUD LN
STANARDSVILLE  VA  22973

BUONOMO  ROBERT & SAMANTHA
31 LUGUNA RD
PALMYRA  VA  22963

CAPITAL ONE
P O  BOX 85147
RICHMOND  VA  23276

CAROLINA HOLDING
P O  BOX 40599
RALEIGH  NC  27604

CASTIGLIONE  JASON & VICTORIA
48 KIOWA LN
PALMYRA  VA  22963

CAVS LLC
P O  BOX 7627
CHARLOTTESVILLE  VA  22906

CEVA SECURITY
P O  BOX 506
LEXINGTON  VA  25949

CHARLOTTESVILLE - STAFFORD HOM
P O  BOX 8317
CHARLOTTESVILLE  VA  22906

CHASE ADVANTAGE CREDIT
P O  BOX 15583
WILMINGTON  DE  19886

JAMES B. SPENCE, JR.

CHASE MASTER CARD
P O BOX 15657
WILMINGTON DE 19886

CHRIS HAILMAN
460 PEACOCK DRIVE
CHARLOTTESVILLE VA 22903

CHURCH HILL DEVELOPMENT LLC
100 10TH ST SUITE 103
CHARLOTTESVILLE VA 22903

CITY OF CHARLOTTESVILLE
P O BOX 9048
CHARLOTTESVILLE VA 22902

CITY OF CHARLOTTESVILLE
P O BOX 9048
CHARLOTTESVILLE VA 22906

CLEAR CHANNEL RADIO
P O BOX 402615
ATLANTA GA 30345

CLINTON ROOFING
6005 NANCY COURT
FREDRICKSBURG VA 22407

COMMONWEALTH OF VA DEPT OF TAX
P O BOX 88
PALMYRA VA 22963

COMMONWEALTH OF VA EMPLOYMENT
400 PRESTON AVE
CHARLOTTESVILLE VA 22902

COUNTY OF ALBEMARLE
401 MCINTIRE RD
CHARLOTTESVILLE VA 22902

JAMES B. SPENCE, JR.

CRESCENT MORTGAGE
610 WEST RIO RD
CHARLOTTESVILLE VA 22901

D L JOHNS
16 ACRES LN
PALMYRA VA 22963

DANBERG JAMES & TO MOK
28 NORTHWOOD RD
PALMYRA VA 22963

DAVID BRADLEY CPA
106 S ALSTON ST
NASHVILLE NC 27856

DAVID DEAN
2 TISBROOK DR
STUARTS DRAFT VA 24477

DAVID WILDMAN
305 KENT RD
CHARLOTTESVILLE VA 22903

DERRICO JOSEPH & SUSANNE
11 AUTUMN DR
PALMYRA VA 22963

DICK'S CLEANING & LANDSCAPING
P O BOX 94
KENT'S STORE VA 23084

DIGS INC
P O BOX 31
CHARLOTTESVILLE VA 22902

DURRER KARL & TIMOTHY
379 JEFFERSON DR
PALMYRA VA 22963

JAMES B. SPENCE, JR.

E RICHARD BROWNLER
555 ARROWHEAD CT
EARLYSVILLE VA 22936

FEIGHT WILLIAM
LOT 295 PHASE 5
LAKE MONTICELLO VA 22963

FIDLER SUSAN
695 JEFFERSON DR
PALMYRA VA 22963

FLAMELESS SPECIALTIES INC
309 INDUSTRIAL PARK RD
FARMVILLE VA 23901

FLAMELESS SPECIALTIES INC
512 BROOKWAY DR
CHARLOTTESVILLE VA 22901

FOLDEN TRAVIS & CHRISTINE
78 AMETHYST RD
PALMYRA VA 22963

GEORGE ASHLEY
LOT 58 PHASE 7
LAKE MONTICELLO VA 22963

GOLDSTEIN JERI
10 CHESTNUT COURT
PALMYRA VA 22963

GOOCH ENGINEERING
417 W MAIN ST
CHARLOTTESVILLE VA 22902

GREEN DEBORA
4 BURKER BLVD
PALMYRA VA 22963

JAMES B. SPENCE, JR.

GRIFFIN SIDNEY & DANA
3 BERNARDSBURG RD
PALMYRA VA 22963

H T FERRON COMPANY
P O BOX 501
CHARLOTTESVILLE VA 22902

HAIJUN QUIL
731 JEFFERSON DR
PALMYRA VA 22963

HALDS LANDSCAPING
2420 COMMONWEALTH DR
CHARLOTTESVILLE VA 22901

HALL JOSHUA & ASHLEY
45 BROUGHAM RD
PALMYRA VA 22963

HEILMAN CONSTRUCTION
1200 RED PINE CT
CHARLOTTESVILLE VA 22932

HENLEY ROBERT & PEGGY
29 FAIRWOOD PLACE
PALMYRA VA 22963

HOME OPTIONS
P O BOX 271
RUCKERSVILLE VA 22968

HOUSEHOLD CREDIT SERVICES
P O BOX 17051
BALTIMORE MD 21297

INOVISON/JBC LEGAL GROUP
2 BROAD ST 6TH FLOOR
BLOOMFIELD NJ 07003

JAMES B. SPENCE, JR.

INTRASTATE PEST CONTROL CO IN
1218 HARRIS ST
CHARLOTTESVILLE VA 22902

IRS
SPECIAL PROCEDURES DIVISION
P O BOX 10025
RICHMOND VA 23240

IRS
401 E MARKET ST SUITE 204
CHARLOTTESVILLE VA 22902

IRS
401 E MARKET ST SUITE 204
CHARLOTTESVILLE VA 22902

JACK TOPPING
2403 CONSTITUTION DR
SALEM VA 24153

JACKSON BRYAN & ANNE
3 CHESTNUT COURT
PALMYRA VA 22963

JACKSON DAVID & CHERITA
11 CHOCTAW PL
PALMYRA VA 22963

JAMES THOMAS
RT 1 LOUISA VA 23093
LOUISA VA 23093

JEFF ROSSON MASONRY
1475 RIDGEWOOD CR
CHARLOTTESVILLE VA 22901

JEFF THOMAS
515 STEWART ST
CHARLOTTESVILLE VA 22902

JAMES B. SPENCE, JR.

JEREMIAH DOVE
T/A DIAMOND ELECTRIC
LOUISA VA 23093

JLK INC
12 MONTICELLO RD
CHARLOTTESVILLE VA 22902

JOE AUST
813 E JEFFERSON ST
CHARLOTTESVILLE VA 22901

JOHN WHITE
4 PINEHURST RD
PALMYRA VA 22963

JONES ROBERT & KARRI
LOT C BOLLING PLACE III
BUCKINGHAM CITY VA 22963

L&L CRANE SERVICES INC
P O BOX 1311
CHARLOTTESVILLE VA 22902

L E WOOD EQUIPMENT CO
P O BOX 444
FISHERVILLE VA 22939

LAKE MONTICELL OWNERS ASSOC
41 ASHLAWN BLVD
LAKE MONTICELLO VA 22963

LEWIS WAGNER
671 BLUEBIRD LN
PALMYRA VA 22963

LUM'S LAND SURVEYS INC
P O BOX 154
PALMYRA VA 22963

JAMES B. SPENCE, JR.

LYF-TYM BUILDING PRODUCTS
P O BOX 747
KERNERSVILLE NC 27285

MID-ATLANTIC FASTENERS
9001 MENDENHALL COURT
COLUMBIA MD 21045

MO-JOHNS
1936 CANTERSVILLE RD
CANTERSVILLE VA 23027

NEW CANTON CONCRETE
P O BOX 300
NEW CANTON VA 22902

NEXTEL
P O BOX 4192
CAROL STREAM IL 60197

NOLAND
P O BOX 402301
ATLANTA GA 30384

O'NEIL MORTGAGE
P O BOX 1563
CHARLOTTESVILLE VA 22902

PATRICK KING
P O BOX 413
LOVINGSTON VA 22949

PETES PLUMBING
2219 HILL ST
CHARLOTTESVILLE VA 22903

PLYWOOD & PLASTICS OF RICHMOND
P O BOX 4552
RICHMOND VA 23220

JAMES B. SPENCE, JR.

PROVIDENT BANK OF MARYLAND
114 EAST LEXINGTON ST
BALTIMORE MD 21203

RALPH CASON
910 COLEMAN ST
CHARLOTTESVILLE VA 22901

REBECCA MCCULLOUGH
109 BURENT ST
CHARLOTTESVILLE VA 22902

RENEWABLE RESOURCES INC
262 FOX HOLLOW LN
PALMYRA VA 22963

RIDGEWOOD LAND TRUST
199 JEFFERSON DR
PALMYRA VA 22963

RIVANNA ASSOCIATES INC
P O BOX 151
CHARLOTTESVILLE VA 22902

ROBERTSON ELECTRIC
2131 BARKMAN DR
CHARLOTTESVILLE VA 22901

ROGER FINCHAM
6990 S SPOTSWOOD TRAIL
GORDONSVILLE VA 22911

ROGER HULETT
2422 MERIDAN CR
THE VILLAGERS FL 32162

ROTO ROOTER
P O BOX 534
RUCKERSVILLE VA 22968

JAMES B. SPENCE, JR.

RUSS JOSEPH & CHRISTINE
1 LANDING CT
PALMYRA VA 22963

S L KEY INC
P O BOX 1346
CHARLOTTESVILLE VA 22902

SANDRA SPENCE
3530 MONTGOMERY LN
CHARLOTTESVILLE VA 22903

SEAR'S COMMERCIAL ONE
P O BOX 740020
ATLANTA GA 30374

SEARS CREDIT
P O BOX 182149
COLUMBUS OH 43218

SHELL-TEXACO
PROCESSING CENTER
DES MOINES IA 50359

SHENANDOAH BUILDING SUPPLY
195 LENOIR DR
WINCHESTER VA 22603

SOUTH TRUST BANK
4101 COX RD SUITE 330
GLEN ALLEN VA 23060

SOUTHLAND ASSOCIATES INC
1340 STONY POINT RD
CHARLOTTESVILLE VA 22901

STAFFORD HOME PRODUCTS
P O BOX 8317
CHARLOTTESVILLE VA 22906

JAMES B. SPENCE, JR.

STEVEN TUCKER
9950 GRIFFIN RD
COOPER CITY FL 33328

STOCK BUILDING SUPPLY
P O BOX 404403
ATLANTA GA 30384

SWIFT RUN INC
307 WEST RIO RD
CHARLOTTESVILLE VA 22901

TAYLOR GRIFFIN BARNES
307 WEST RIO RD
CHARLOTTESVILLE VA 22901

TED LANSING
8501 SANFORD DRIVE
RICHMOND VA 23228

TERRELL TIMOTHY
47 JEFFERSON DR
PALMYRA VA 22963

THE HOOK
100 SECOND ST N W
CHARLOTTESVILLE VA 22902

THE OB SERVER
P O BOX 7502
CHARLOTTESVILLE VA 22906

THE TOP SHOP OF CENTRAL VA
16 ACRE LN
PALMYRA VA 22963

THOMAS S M BRANNOCK
813 E JEFFERSON ST
CHARLOTTESVILLE VA 22901

JAMES B. SPENCE, JR.

THOMAS  JEFF & HEIDI
515 STEWART ST
CHARLOTTESVILLE  VA  22902

TIGER FUEL COMPANY
P O  BOX 1607
CHARLOTTESVILLE  VA  22902

TREGATE LEASE
813 E  JEFFERSON ST
CHARLOTTESVILLE  VA  22901

TRZASKOWSKI  NORMAN
9 GOLDFINCH CT
PALMYRA  VA  22963

VA DEPT  OF TAXATION
LEGAL UNIT
P  O  BOX 2156
RICHMOND  VA  23218

VA GUTTER SUPPLY
46 BARRON PARK RD
FREDERICKBURG  VA  22405

WESTWOOD ASSOCIATES
P O  BOX 947
CHARLOTTESVILLE  VA  22902

WILLIAM GANTT
3535 PRADDY CREEK RD
CHARLOTTESVILLE  VA  22911

WILLIAM TUCKER
307 WEST RIO RD
CHARLOTTESVILLE  VA  22901

WILLIAMS  JOANNE
62 BRIDLEWOOD
PALMYRA  VA  22963

JAMES B. SPENCE, JR.

WMC MORTGAGE
P O BOX 551170
JACKSONVILLE FL 32255