Form 704-6
Rev. 1/05

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF VIRGINIA
LYNCHBURG DIVISION

In re:

SPENCE, JAMES B. JR.

Debtor(s)

Case No. 04-64612 WEA

Chapter 7

**FINAL ORDER**

The Court has considered the Trustee's Distribution Report in the above-styled case. Upon the certification of the trustee that there have been no objections filed thereto pursuant to the notice thereof sent to all creditors and other parties in interest (or that all objections, if any, have been resolved by final order of this Court), and that all disbursements have been in accordance with said proposed distribution, the requested relief is, **SO ORDERED**.

The trustee is discharged from his office and the Clerk of this Court is authorized to close this case.

Dated: December 13, 2007

William E. Anderson

U.S. Bankruptcy Judge

**CERTIFICATE OF SERVICE**

I certify that I have this date served copies of the foregoing electronically or by U.S. Mail upon the debtor, counsel for debtor and the United States Trustee.

Dated: Dec. 13, 2007

William F. Schneider

William F. Schneider, Trustee
715 Court Street
Lynchburg, VA 24504
(434) 528-0411